UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 06-0944 AG (ANx)** | Date | February 4, 2011 |
|---|---|---|---|
| Title | MTI ENTERPRISES, INC., ET AL. V. SOUTHERN CALIFORNIA YOUTH THEATRE, ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE

A Judgment Debtor Exam was set in this matter for April 29, 2010. Judgment debtor Dana Morris did not attend. Plaintiff has now filed a request for an Order to Show Cause regarding Ms. Morris's failure to appear at the exam. The request is GRANTED.

Judgment debtor Dana Morris is ORDERED TO SHOW CAUSE why she should not be held in contempt of court for her failure to appear at the Judgment Debtor Exam held on April 29, 2010. Ms. Morris's response to this Order is due February 21, 2011. A hearing on this matter is set for February 28, 2011, at 9:00 a.m.

|  | : | 0 |
|---|---|---|
| Initials of Preparer |  | lmb |